UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| **MARTIN J. WALSH**, Secretary of Labor, United States Department of Labor, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**HEAL AT HOME, LLC**, an Indiana company; )<br>**TPS CAREGIVING, LLC d/b/a COMFORT KEEPERS,** an Indiana Company; )<br>and **TIMOTHY PAUL**, an individual, )<br>)<br>Defendants. )<br>) | Civil no.: 1:21-cv-02160 SEB-TAB<br><br>Honorable Sarah Evans Barker |

## STATUS REPORT – NOTICE OF SETTLEMENT IN PRINCIPLE

Plaintiff, **MARTIN J. WALSH**, Secretary of Labor, United States Department of Labor, with permission from Michael C. Terrell, counsel for **HEAL AT HOME, LLC., TPS CAREGIVING, LLC d/b/a COMFORT KEEPERS**, and **TIMOTHY PAUL**, an individual, (hereinafter collectively, "Defendants"), hereby report the Parties have drafted and exchanged a Consent Judgment that fully resolves this matter. The Parties require additional time finalize the Consent Judgment, obtain all signatures, and obtain proof of payment, and request 30 days to file an executed Consent Judgment with this Court.

Dated: October 19, 2021

Respectfully submitted,

**SEEMA NANDA**
Solicitor of Labor

**CHRISTINE Z. HERI**
Regional Solicitor

*/s/ David Tanury*
**DAVID TANURY**
Senior Trial Attorney

U.S. Department of Labor
Office of the Solicitor
230 South Dearborn Street,
Room 844
Chicago, Illinois  60604
Telephone: 312-353-4454
Facsimile: 312-353-5698
Email: tanury.david.j@dol.gov