UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| MARTIN J. WALSH Secretary of Labor, United States Department of Labor, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 1:21-cv-02160-SEB-TAB |
| HEAL AT HOME, LLC an Indiana company, TPS CAREGIVING, LLC an Indiana company    d/b/a COMFORT KEEPERS, TIMOTHY PAUL an individual, | ) ) ) ) ) | |
| Defendants. | ) ) | |

## JUDGMENT

The Consent Judgment is now entered and deemed effective. Dkt. 20. Pursuant to the terms of the Consent Decree, the Court retains Jurisdiction over this civil action to enforce the terms of the Consent Decree and the case is **DISMISSED** without prejudice.

IT IS SO ORDERED.

Date: _____1/20/2022_____         _Sarah Evans Barker_____
                                                          SARAH EVANS BARKER, JUDGE
                                                          United States District Court
                                                          Southern District of Indiana

Distribution:

Thomas Ransel Devoe
TAFT STETTINIUS & HOLLISTER LLP (Indianapolis)
tdevoe@taftlaw.com

David James Tanury
U.S. DEPARTMENT OF LABOR (Chicago)
tanury.david.j@dol.gov

Michael C. Terrell
TAFT STETTINIUS & HOLLISTER LLP (Indianapolis)
mterrell@taftlaw.com